

# NUMBER 13-14-00702-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID C. MCCOY AND JUDY L. MCCOY,**                    **Appellants,**

**v.**

**MICHAEL MORGAN AND MICHAEL MORGAN
STATE FARM INSURANCE,**                    **Appellees.**

---

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on December 10, 2014, and the parties were ordered to mediation. This cause is now before the Court on appellants' motion to dismiss the appeal on grounds the parties have resolved the matter at mediation. Appellants request that this Court dismiss the appeal. A certificate of conference was

requested but not filed.   More than ten days has passed since the filing of the motion and no response has been filed by appellees.   Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.   There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of February, 2015.